GEORGE MORGAN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Morgan* v. *City of New York*, 141 App. Div. 272; affirmed.
(Argued October 9, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1910, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court, and directing a dismissal of the complaint in an action brought to recover the legal fees of the plaintiff for taking certain affidavits and acknowledgments as commissioner of deeds, the plaintiff being at the time of such services employed in the bureau of buildings, city of New York.

*Alfred J. Talley* and *Frederick St. John* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: VANN, J.